# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA ANN RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | Case No.  1:25-cv-0907-KES-EGC<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES**<br><br>(Doc. 14) |

Having considered the parties' Stipulation to Extend Expert Disclosure, Rebuttal Expert Disclosure and Expert Discovery Deadlines, (Doc. 14), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the January 20, 2026 Scheduling Order, (Doc. 10), are **VACATED** and **CONTINUED** *nunc pro tunc* according to the revised schedule below:[1]

| Event | Scheduled Date | Continued Date |
|---|---|---|
| Disclosure of Experts | May 22, 2026 | July 22, 2026 |
| Disclosure of Rebuttal Experts | June 5, 2026 | August 5, 2026 |
| Expert Discovery Deadline | June 26, 2026 | August 26, 2026 |
| Non-Dispositive Motions (filing deadline) | July 13, 2026 | September 2, 2026 |
| Non-Dispositive Motions (hearing deadline) | August 19, 2026 | October 7, 2026 |
| Dispositive Motions (filing deadline) | July 27, 2026 | September 7, 2026 |

---

[1] Some of the parties' proposed dates were modified to comport with the Court calendar, namely that non-dispositive motions and dispositive motions are only heard after the close of discovery.  A Settlement Conference has not been scheduled.  By no later than November 10, 2026, the parties shall file a joint statement 1) confirming that they have met and conferred, and 2) setting forth three to four proposed Settlement Conference dates in accordance with the Court's calendar.

| Dispositive Motions (hearing deadline) | September 21, 2026 | October 19, 2026 |
| Pretrial Conference | January 11, 2027 | February 8, 2027 |
| Trial | March 9, 2027 | April 6, 2027 |

IT IS SO ORDERED.

Dated:   **June 26, 2026**                           _____

UNITED STATES MAGISTRATE JUDGE